IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PORCHEA MECHEL JACKSON,

    Plaintiff,

vs.                          Case No. 3:16cv296

MAPLE DIPS, LLC,         JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFNDANT MAPLE DIPS, LLC IN SPECIFIC PARTICULAR; ASSESSMENT OF DAMAGES HEARING SET

---

Pursuant to the reasoning, citations of authority, citations to the record, procedural history and the attachments set forth in the Memorandum filed in support of Plaintiff's Motion for Default Judgment against Defendant Maple Dips, LLC (Doc. #6), this Court finds same to be well taken and said Motion for Default Judgment is SUSTAINED in its entirety, awarding Plaintiff back pay, front pay, liquidated damages, as well as attorneys' fees and costs, the quantification of same to be determined at an Assessment of Damages hearing to be held beginning at 1:30 p.m. on Friday, January 20, 2017.

December 16, 2016

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Statutory Agent, Sean Harmon, 214 W. Monument Avenue, Dayton, OH 45402